AO 240 (Rev. 1/94)

# United States District Court

_____ DISTRICT OF _____

Everett :Gene"Schofield,pro se
Plaintiff

V.

Jay Green,et al.
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, _Everett "Gene" SchoField_ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☑ Yes   ☐ No   (If "No" go to Part 2)
   If "Yes" state the place of your incarceration _Old Colony Correctional Center_
   Are you employed at the institution? _No_   Do you receive any payment from the institution? _No_
   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No
   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   _N/A_

3. In the past twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   Yes ☐   No ☑
   b. Rent payments, interest or dividends            Yes ☐   No ☑
   c. Pensions, annuities or life insurance payments  Yes ☐   No ☑
   d. Disability or workers compensation payments     Yes ☐   No ☑
   e. Gifts or inheritances                           Yes ☐   No ☑
   f. Any other sources                               Yes ☐   No ☑

If the answer to any of the above is "yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

This form was electronically produced by Elite Federal Forms, Inc.

AO 240 (Rev. 1/94)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No
   If "yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No
   If "yes" describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_11-9-04_     _Everett "Gene" Schofield, pro se_
DATE          SIGNATURE OF APPLICANT


## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _50.07_ on account to his/her credit at (name of institution) _Old Colony Correctional Center_. I further certify that the applicant has the following securities to his/her credit: _none_ _____. I further certify that during the past six months the applicant's average balance was $ _25.00_.

A ledger sheet showing the past six months' transactions:
   ☒ is attached          ☐ is not available at this institution

_11/9/2004_     _[signature]_
DATE            SIGNATURE OF AUTHORIZED OFFICER

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20041015 09:55

Page: 1

| Commit#: | A90320 | OLD COLONY CORRECTIONAL CENTER | | |
|---|---|---|---|---|
| Name: | SCHOFIELD, EVERETT,, | Statement From | 20020101 | |
| Inst: | OLD COLONY CORRECTIONAL CENTER | To | 20041015 | |
| Block: | DAWES I | | | |
| Cell/Bed: | G15 /B | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period: | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040506 07:29 | ML - Mail | 2765082 | 4814872 | CON | ~tax refund | $158.00 | $0.00 | $0.00 | $0.00 |
| 20040510 22:30 | CN - Canteen | 2776520 | | CON | ~Canteen Date: 20040510 | $0.00 | $44.58 | $0.00 | $0.00 |
| 20040517 22:30 | CN - Canteen | 2819862 | | CON | ~Canteen Date: 20040517 | $0.00 | $8.77 | $0.00 | $0.00 |
| 20040524 22:30 | CN - Canteen | 2850381 | | CON | ~Canteen Date: 20040524 | $0.00 | $18.09 | $0.00 | $0.00 |
| 20040607 22:30 | CN - Canteen | 2907608 | | CON | ~Canteen Date: 20040607 | $0.00 | $26.73 | $0.00 | $0.00 |
| 20040610 07:36 | IS - Interest | 2938540 | | CON | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20040621 22:30 | CN - Canteen | 2981329 | | CON | ~Canteen Date: 20040621 | $0.00 | $47.28 | $0.00 | $0.00 |
| 20040628 22:30 | CN - Canteen | 3010274 | | CON | ~Canteen Date: 20040628 | $0.00 | $10.88 | $0.00 | $0.00 |
| 20040630 14:22 | TI - Transfer from Institution | 3017398 | | CON | | $0.00 | $1.79 | $0.00 | $0.00 |
| 20040630 14:22 | TI - Transfer from Institution | 3017399 | | OCC | | $1.79 | $0.00 | $0.00 | $0.00 |
| 20040706 08:22 | ML - Mail | 3037191 | 41591 | CON | ~canteen refund 6-28-04 | $10.88 | $0.00 | $0.00 | $0.00 |
| 20040706 08:22 | TI - Transfer from Institution | 3037192 | | CON | ~Associate Receipt Number is 3037191 | $0.00 | $10.88 | $0.00 | $0.00 |
| 20040706 08:22 | TI - Transfer from Institution | 3037193 | | OCC | ~Associate Receipt Number is 3037191 | $10.88 | $0.00 | $0.00 | $0.00 |
| 20040706 22:30 | CN - Canteen | 3040755 | | OCC | ~Canteen Date: 20040706 | $0.00 | $1.59 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3086306 | | OCC | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20040713 22:30 | CN - Canteen | 3088151 | | OCC | ~Canteen Date: 20040713 | $0.00 | $9.78 | $0.00 | $0.00 |
| 20040720 22:30 | CN - Canteen | 3118969 | | OCC | ~Canteen Date: 20040720 | $0.00 | $1.25 | $0.00 | $0.00 |
| 20040810 09:02 | ML - Mail | 3199949 | | STH | ~PAMELA MUNAFO | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040810 09:02 | TI - Transfer from Institution | 3199950 | | STH | ~Associate Receipt Number is 3199949 | $0.00 | $10.00 | $0.00 | $0.00 |
| 20040810 09:02 | TI - Transfer from Institution | 3199951 | | OCC | ~Associate Receipt Number is 3199949 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040811 17:04 | IS - Interest | 3220143 | | OCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040817 22:30 | CN - Canteen | 3245819 | | OCC | ~Canteen Date: 20040817 | $0.00 | $6.28 | $0.00 | $0.00 |
| 20040824 22:30 | CN - Canteen | 3275403 | | OCC | ~Canteen Date: 20040824 | $0.00 | $3.76 | $0.00 | $0.00 |
| 20040908 16:51 | IS - Interest | 3346212 | | OCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3511240 | | OCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041014 09:06 | ML - Mail | 3522171 | | STH | ~GOOD SHEPARD CHRISTIAN FELLOWSHIP | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041014 09:06 | TI - Transfer from Institution | 3522172 | | STH | ~Associate Receipt Number is 3522171 | $0.00 | $50.00 | $0.00 | $0.00 |
| 20041014 09:06 | TI - Transfer from Institution | 3522173 | | OCC | ~Associate Receipt Number is 3522171 | $50.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $301.73 | $251.66 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date :** 20041015 09:55

| | | | |
|---|---|---|---|
| **Commit# :** | A90320 | **OLD COLONY CORRECTIONAL CENTER** | **Page :** 2 |
| **Name :** | SCHOFIELD, EVERETT, , | **Statement From** 20020101 | |
| **Inst :** | OLD COLONY CORRECTIONAL CENTER | **To** 20041015 | |
| **Block :** | DAWES I | | |
| **Cell/Bed :** | G15 /B | | |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $50.07 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $50.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |