UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
Gene Schofield, pro se    )
         Plaintiff        )
                          )
V.                        )
                          )          Civil Action No.
                          )
Jay Green, Det.           )
Ed Kelly, Det.            )
Judith M. Lyons, ADA      )
JULIE CIMINO              )
         Defendants       )
                          )
```

## VERIFIED CIVIL RIGHTS COMPLAINT

### INTRODUCTION

This is a civil rights complaint filed by the plaintiff pro se against the defendants for various violations of his civil rights.

### JURISDICTION

This court has jurisdiction over the subject matter pursuant to 42 U.S.C. sec's 1983, 1985 and 1986.

### PARTIES

The plaintiff is a prisoner in the custody of the Massachusetts Department of Corrections (herein referred to as the DOC) at OCCC 1 Administration Road, Bridgewater, MA 02324.

The defendant Jay Green is a Boston Police Officer whos business address is 40 Gibson St., Dorchester, MA 02122.

The defendant Ed Kelly is a Boston Police Officer whos business address is 40 Gibson St., Dorchester, MA 02122.

The defendant Julie Cimino    residence address is 24 Glenrose St.,Dorchester,MA

The defendant Julie M. Lyons is an Assitant Prosecutor for the District Attorneys office here business address is One Bulfinch Place,Boston,MA 02144

## Statement of the Facts

1. On and about February 27,2004 the plaintiff was arrested by the Boston Police Office for and charged with unarmed robbery and assault in battery of Julie Cimino.

2. The alleged crime occurred on and about February 26,2004 as stated in the police report.

3. When in fact the plaintiff was visiting a friend in lowell Mass. at the time the crime allegedly occurred.

4. While plaintiff was in the police station the defendant Green could be heard in conversation with his fellow police officer that he believed that the plaintiff was the one who had committed this crime the day before.

5. That,the defendant Green came upon the plaintiff while in his cell and asked "what do you know Schofield about the Saint Marks robbery.

6. That,plaintiff stated that he did not know anything about it.

7. That,defendant Green began to shout at plaintiff useing profanity that he was uncooperativewith defendant Green.

8. that,defendant Green would fix him.

    according to the police report defendant Green allegedly contacted defendant Cimino to come to the police station to review photo graphs of the plaintiff in a photo array.

10. That,defendant Cimino was sugessted that photo number 9 of the plaintiff was the one who had robbed and assaulted defendant Cimino.

11. That,Defendant Cimino identified the plaintff as the one who had robbered and assaulted her on February 26,2004.

12. That,defendant Kelly also conspired with defendents Green and Cimino to implicate the plaintiff in said crime.

2

13. That, the alledged perpetrator of this crime against defendant Cimino was described to be six feet tall in height and wearing color clothing that did not fit also the descreption of the plaintiff.

14. that, all three defendants Kelly, Green and Cimino knew that the plaintiff was the wrong suspect to charge with the crime

15. That, the defendant Judith Lyons also knew or should have known that the plaintiff was not the perpetrator of said crime against defendant Cimino but yet is prosecuting the plaintiff despite the clear eveidence that some other person committed this crime.

## CLAIMS/CAUSES OF ACTION

(False Arrest)

16. That the actions of defendants Green and Kelly of the Boston Police Department are in violation of the plaintiffs Civil Rights.

(Conspiracy)

17. That, the specific actions of Green, Kelly and Cimino are in violation of 42 U.S.C. 1983 and 42 U.S.C. 1985 for conspiracy against the plaintiff.

(Malicious Prosecution)

18. That, the actions and enactions of defendant Lyons is in violation of plaintiffs right not to be presecuted for a crime he did not commit.

(Violation of Civil Rights)

19. That, the actions and enactions of all the defendants are in violation of plaintiffs Civil Rights under 42 u.s.c. 1983.

## PRAYER FOR RELEIEF

WHEREFORE: THE PLAINTIFF REQUEST THAT THIS Honorable Court grant plaintiff the following relief.

(a). Issue a declaratory judgment against the defendants for violating plaintiffs rights affirming plaintiffs allegations in said compalint.

3

(b) Issue an injunction against the defendants prohibiting them from further violating plaintiffs civil righs.

(c) Grant plaintiff both compensatory and punitive damages from all the defendants.

Compensatory damages from each defendant in the amount of $25,000(thousand dollars)

Punitive damages from each defendant in the amount of 50,000(thousand dollars)

(d) Grant plaintiff such relief that this court deems just and proper.

20. Plaintiff demands a trial by jury.

Dated 11-9-04

Respectfully Submitted

*Everett "Gene" Schofield*
Everett "Gene" Schofield, pro se
OCCC-1 Administration Rd.
Bridgewater, MA 02324

VERIFICATION

I, Everett "Gene" Schofield, under the pains and penalty of perjury hereby verify that the statements of facts in this complaint are true to the best of my knowledge and belief.

*Everett "Gene" Schofield*
Signed under the pains of penalty this ___9th___ day of November 2004

4