```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


                                )
EVERETT SCHOFIELD,              )
                                )
        Plaintiff,              )
                                )
        v.                      )   C.A. No. 04-12484-WGY
                                )
                                )
JAY GREEN, ED KELLY,            )
JUDITH M. LYONS, and            )
JULIE CIMINO,                   )
                                )
        Defendants.             )
```

## ORDER OF DISMISSAL

Young, C.J.

In accordance with this Court's order dated December 14, 2004, it is ORDERED that the within action be and is hereby dismissed.

                                        By the Court,


                                        s/ Rebecca Greenberg
                                        Deputy Clerk

Date  12/15/2004